IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN OWENS,
     Plaintiff,

vs.                                  Case No.: 5:12cv88/MMP/EMT

DEPARTMENT OF CORRECTIONS,
     Defendant.
_____/

## REPORT AND RECOMMENDATION

      This matter is before the court on Plaintiff's motion for voluntary withdrawal of the instant civil rights complaint, filed pursuant to 42 U.S.C. § 1983 (doc. 11).

      Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Because Defendant has not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

      Accordingly, it is respectfully **RECOMMENDED**:

      That Plaintiff's motion for voluntary dismissal (doc. 11) be **GRANTED** and this case be **DISMISSED without prejudice**.

      At Pensacola, Florida, this 4th day of June 2012.


                            */s/ Elizabeth M. Timothy*_____
                            **ELIZABETH M. TIMOTHY**
                            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).

Case No.:  5:12cv88/MMP/EMT