**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KEVIN OWENS,

     Plaintiff,

v.                                  CASE NO. 5:12cv88-MP-EMT

DEPARTMENT OF CORRECTIONS,

     Defendant.

_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 4, 2012. (Doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

     Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now ORDERED as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     Plaintiff's motion for voluntary dismissal (doc. 11) is GRANTED and this case is DISMISSED without prejudice.

     **DONE and ORDERED** this 24th day of August, 2012.

                    s/ *M. Casey Rodgers*

                    **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**